# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: James P. Scholze  
       Laura E. Scholze

BK NO. 20-01416 HWV

**Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**  
                                        James C. Warmbrodt, Esquire  
                                        KML Law Group, P.C.  
                                        BNY Mellon Independence Center  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA  19106  
                                        215-627-1322