In re:  
James P. Scholze  
Laura E. Scholze  
    Debtors

Case No. 20-01416-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3      Date Rcvd: Jun 16, 2020  
                    Form ID: ntcnfhrg     Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.

```
db/jdb         +James P. Scholze,    Laura E. Scholze,    1173 Blue Bird Lane,    York, PA 17402-9225
5324345        +AMEX,    P.O. BOX 297871,    FORT LAUDERDALE, FL 33329-7871
5324344        +AMEX,    P.O. BOX 297812,    FORT LAUDERDALE, FL 33329-7812
5324346         AMEX,    P.O. BOX 7871,    FORT LAUDERDALE, FL 33329
5324343        +AMEX,    P.O. BOX 981540,    EL PASO, TX 79998-1540
5330001         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5324348        +BARCLAYS BANK DELAWARE,    P.O. BOX 8803,    WILMINGTON, DE 19899-8803
5324347        +BARCLAYS BANK DELAWARE,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
5324351        +CAPITAL ONE,    N56 W 17000 RIDGEWOOD DR.,    MENOMONEE FALLS, WI 53051-5660
5324360        +CHESAPEAKE VETERINARY CARDIOLOGY,    2146 CHAPMAN ROAD,    CHATTANOOGA, TN 37421-1689
5324361        +CITIBANK,    P.O. BOX 790034,    ST LOUIS, MO 63179-0034
5324362         CITIBANK NORTH AMERICA,    CITIBANK SD MC 425,    5800 SOUTH CORP PLACE,    SIOUX FALLS, SD 57108
5324363        +CITIBANK/BEST BUY,    CITICORP CREDIT SRVS/CENTRALIZED BK DEPT,    PO BOX 790034,
                 ST LOUIS, MO 63179-0034
5333215         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5324337        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5324366        +GS BANK USA,    ATTN: BANKRUPTCY,    LOCKBOX 6112 PO BOX 7247,    PHILADELPHIA, PA 19170-0001
5324336        +JAMES P. SCHOLZE,    LAURA E. SCHOLZE,    1173 BLUE BIRD LANE,    YORK, PA 17402-9225
5328818        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5324369        +MENCHEY MUSIC CENTER,    80 WETZEL DRIVE,    HANOVER, PA 17331-1144
5329535        +Met-Ed,    101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5324339        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5329202        +Quicken Loans, LLC fka Quicken Loans Inc,    635 Woodward Avenue,    Detroit, MI 48226-3408
5327121        +SANTANDER CONSUMER USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
5324373        +SANTANDER CONSUMER USA,    P.O. BOX 961211,    FORT WORTH, TX 76161-0211
5324338        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5324388        +TARGET,    C/O FINANCIAL & RETAIL SRVS,    MAILSTOP BT POB 9475,    MINNEAPOLIS, MN 55440-9475
5324389         TARGET NATIONAL BANK,    PO BOX 660170,    DALLAS, TX 75266-0170
5324390        +TARGET NATIONAL BANK-VISA,    P O BOX 673,    MINNEAPOLIS, MN 55440-0673
5324392        +UNIVERSITY OF MD ST. PAIN SPEC.,    P.O. BOX 412317,    BOSTON, MA 02241-2317
5324393        +UTILITY SELF-REPORTED,    PO BOX 4500,    ALLEN, TX 75013-1311
5324394         WELLS FARGO BANK,    P. O. BOX 5169,    SIOUX FALLS, SD 57117-5169
5324395        +WELLS FARGO BANK,    P.O. BOX 10438,    DES MOINES, IA 50306-0438
5324396        +WELLS FARGO BANK N.A.,    P.O. BOX 130000,    RALEIGH, NC 27605-1000
5324399        +WELLS FARGO BANK NA,    ATTN: BANKRUPTCY DEPARTMENT,    3476 STATEVIEW BLVD; MAC #D3347-014,
                 FORT MILL, SC 29715-7200
5324397        +WELLS FARGO BANK NA,    1 HOME CAMPUS MAC X2303-01A,    DES MOINES, IA 50328-0001
5324398         WELLS FARGO BANK NA,    PO BOX 94435,    ALBUQUERQUE, NM 87199-4435
5324400        +WELLS FARGO CARD SERVICE,    PO BOX 14517,    DES MOINES, IA 50306-3517
5324401        +WELLS FARGO CARD SERVICE,    3201 N. 4TH AVE.,    SIOUX FALLS, SD 57104-0700
5324403         WELLS FARGO CARD SERVICES,    PO BOX 10347,    DES MOINES, IA 50306-0347
5324404         WELLS FARGO CARD SERVICES,    P. O. BOX 77053,    MINNEAPOLIS, MN 55480-7753
5324402         WELLS FARGO CARD SERVICES,    P.O. BOX 30086,    LOS ANGELES, CA 90030-0086
5324405        +WELLSPAN HEALTH,    P.O. BOX 16243,    PITTSBURGH, PA 15242-0243
5330853         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 20:16:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5324342        +E-mail/Text: backoffice@affirm.com Jun 16 2020 20:10:01     AFFIRM, INC.,    ATTN: BANKRUPTCY,
                 PO BOX 720,    SAN FRANCISCO, CA 94104-0720
5324350        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:56     CAPITAL ONE,
                 PO BOX 85619,    RICHMOND, VA 23285-5619
5324349        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:56     CAPITAL ONE,
                 P.O. BOX 30285,    SALT LAKE CITY, UT 84130-0285
5324354         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:18     CAPITAL ONE BANK,
                 P.O. BOX 71107,    CHARLOTTE, NC 28272-1107
5324356         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:38     CAPITAL ONE BANK,
                 PO BOX 71083,    CHARLOTTE, NC 28272-1083
5324353         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:38     CAPITAL ONE BANK,
                 P.O. BOX 70885,    CHARLOTTE, NC 28272-0885
5324355        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:38     CAPITAL ONE BANK,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
5324357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:38
                 CAPITAL ONE BANK (USA), N.A.*,    1680 CAPITAL ONE DRIVE,    MC LEAN, VA 22102-3407
5333809         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:18
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5324364        +E-mail/Text: mrdiscen@discover.com Jun 16 2020 20:09:15      DISCOVER FINANCIAL,
                 ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
5326332         E-mail/Text: mrdiscen@discover.com Jun 16 2020 20:09:15      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5324365        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 16 2020 20:09:40      FIRST ENERGY,
                 P.O. BOX 3687,    AKRON, OH 44309-3687
5324367        +E-mail/Text: ebn@heritagevalleyfcu.org Jun 16 2020 20:10:01      HERITAGE VALLEY FCU,
                 2400 PLEASANT VALLEY,    YORK, PA 17402-9624
5324340         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 16 2020 20:09:24      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,     P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5324358         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2020 20:16:36      CHASE CARD SERVICES,
                 P.O. BOX 15298,    WILMINGTON, DE 19850
5324359         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2020 20:16:55
                 CHASE CARDMEMBER SERVICE,    P O BOX 15291,    WILMINGTON, DE 19886-5291
5324368        +E-mail/Text: bncnotices@becket-lee.com Jun 16 2020 20:09:20      KOHLS/CAPITAL ONE,
                 ATTN: CREDIT ADMINISTRATOR,    PO BOX 3043,    MILWAUKEE, WI 53201-3043
5326216         E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:17:00      NAVIENT,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5324370        +E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:16:43      NAVIENT,    ATTN: BANKRUPTCY,
                 PO BOX 9640,    WILES-BARR, PA 18773-9640
5324371        +E-mail/Text: bankruptcynotices@psecu.com Jun 16 2020 20:09:55      P S E C U,
                 ATTENTION: BANKRUPTCY,    PO BOX 67013,    HARRISBURG, PA 17106-7013
5324372        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 16 2020 20:09:50      QUICKEN LOANS,
                 ATTN: BANKRUPTCY,    1050 WOODWARD AVENUE,    DETROIT, MI 48226-1906
5324374         E-mail/Text: cathy@scratchpay.com Jun 16 2020 20:09:10      SCRATCH FNCL,    815 COLORADO BLVD,
                 LOS ANGELES, CA 90041
5324375         E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 20:09:39      SPRINT*,
                 ATTN: BANKRUPTCY DEPT.,    PO BOX 7949,    OVERLAND PARK, KS 66207-0949
5324376        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:54      SYNCB/CARE CREDIT,
                 P.O. BOX 96504,    ORLANDO, FL 32896-0001
5324377        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:34      SYNCB/GOOGLE,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
5324378        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:17      SYNCB/MARVEL DC,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5324380        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:54      SYNCB/PPC,    P.O. BOX 965060,
                 ORLANDO, FL 32896-5060
5324379        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:16      SYNCB/PPC,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
5324382         E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:17      SYNCHRONY BANK,
                 ATTN: BANKRUPTCY DEPT.,    PO BOX 965061,    ORLANDO, FL 32896-5061
5324383         E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:53      SYNCHRONY BANK,    P.O. BOX 965033,
                 ORLANDO, FL 32896-5033
5324381        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:35      SYNCHRONY BANK,
                 950 FORRER BLVD.,    KETTERING, OH 45420-1469
5324384        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:35      SYNCHRONY BANK/AMAZON,
                 P.O. BOX 965060,    ORLANDO, FL 32896-5060
5324385        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:16      SYNCHRONY BANK/CARE CREDIT,
                 P.O. BOX 965060,    ORLANDO, FL 32896-5060
5324386        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:17      SYNCHRONY BANK/CARE CREDIT,
                 P.O. BOX 965064,    ORLANDO, FL 32896-5064
5324387        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:16      SYNCHRONY BANK/LOWES,
                 P.O. BOX 965060,    ORLANDO, FL 32896-5060
5325438        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 20:16:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5333533        +E-mail/Text: bncmail@w-legal.com Jun 16 2020 20:09:44      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5324391        +E-mail/Text: documentfiling@lciinc.com Jun 16 2020 20:09:11      TELECOM SELF-REPORTED,
                 PO BOX 4500,    ALLEN, TX 75013-1311
5324341        +E-mail/Text: kcm@yatb.com Jun 16 2020 20:09:15      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                               TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5324352*        CAPITAL ONE,    P. O. BOX 85619,    RICHMOND, VA 23285-5619
5330936*        Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 James P. Scholze hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Laura E. Scholze hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          James   Warmbrodt    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James P. Scholze,

**Debtor 1**

Laura E. Scholze,

**Debtor 2**

Chapter 13

Case No. 1:20–bk–01416–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: July 22, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 16, 2020 |

ntcnfhrg (03/18)