E. Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

June 15, 2021

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Scholze, James & Laura**
**Ch. 13, Case No. 1:20-bk-01416**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| Heritage Valley Federal Credit Union<br>2400 Pleasant Valley Road<br>York, PA 17402 | Heritage Valley Federal Credit Union<br>P.O. Box 3617<br>York, PA 17402 |

Sincerely,

*/s/ E. Haley Rohrbaugh*

E. Haley Rohrbaugh

EHR/klb