<u>LOCAL BANKRUPTCY FORM 2016-2(c)</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

James P. Scholze           :      **CHAPTER 13**
Laura E. Scholze           :

                        :      **CASE NO.** 1 - 20 -bk- 1416

                        :

                        :

         **Debtor(s)**       :

## <u>REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES</u>

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $      0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $     585.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $    12,075.00 |
| 3. Expenses reimbursed prepetition | $     762.51 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $      0.00 |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $    12,252.51 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $    12,252.51 |

Dated:      2/24/22                      /s/E. Haley Rohrbaugh, Esquire

                                               Attorney for Debtor