UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES P. SCHOLZE and<br>LAURA E. SCHOLZE<br>   Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>   Objectant | : | |
| vs. | : | CASE NO. 1:20-bk-01416-HWV |
| E. HALEY ROHRBAUGH, ESQUIRE<br>   Applicant | : | TRUSTEE'S OBJECTION TO<br>APPLICATION FOR ATTORNEY FEES |

## ORDER

Upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record,

IT IS HEREBY ORDERED that the Application is denied.