Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

   Re:    **James P. Scholze**
            **Laura E. Scholze**
            **Ch. 13, Case No. 1:20-bk-01416-HWV**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| Affirm inc<br>Attn. Bankruptcy<br>P O Box 720<br>San Francisco, CA 94104 | Affirm inc<br>Attn. Bankruptcy<br>650 California Street, FL 12,<br>San Francisco, CA 94108 |

Sincerely,

/s/ Haley Rohrbaugh
Haley Rohrbaugh
EHR/im