United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James P. Scholze  
Laura E. Scholze  
    Debtors

Case No. 20-01416-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 6  
Date Rcvd: Apr 19, 2024     Form ID: 3180W     Total Noticed: 90

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P. Scholze, Laura E. Scholze, 1173 Blue Bird Lane, York, PA 17402-9225 |
| 5324351 | + | CAPITAL ONE, N56 W 17000 RIDGEWOOD DR., MENOMONEE FALLS, WI 53051-5660 |
| 5324360 | + | CHESAPEAKE VETERINARY CARDIOLOGY, 2146 CHAPMAN ROAD, CHATTANOOGA, TN 37421-1689 |
| 5324336 | + | JAMES P. SCHOLZE, LAURA E. SCHOLZE, 1173 BLUE BIRD LANE, YORK, PA 17402-9225 |
| 5324369 | + | MENCHEY MUSIC CENTER, 80 WETZEL DRIVE, HANOVER, PA 17331-1144 |
| 5324392 | + | UNIVERSITY OF MD ST. PAIN SPEC., P.O. BOX 412317, BOSTON, MA 02241-2317 |
| 5324405 | + | WELLSPAN HEALTH, P.O. BOX 16243, PITTSBURGH, PA 15242-0243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 19 2024 22:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 19 2024 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5324342 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 19 2024 18:43:12 | AFFIRM INC, ATTN BANKRUPTCY, 650 CALIFORNIA ST FLR 12, SAN FRANCISCO, CA 94108-2716 |
| 5324345 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:13 | AMEX, P.O. BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5324344 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:13 | AMEX, P.O. BOX 297812, FORT LAUDERDALE, FL 33329-7812 |
| 5324346 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:19 | AMEX, P.O. BOX 7871, FORT LAUDERDALE, FL 33329 |
| 5324343 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:19 | AMEX, P.O. BOX 981540, EL PASO, TX 79998-1540 |
| 5330001 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5324347 | + | EDI: TSYS2 | Apr 19 2024 22:33:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5324348 | + | EDI: TSYS2 | Apr 19 2024 22:33:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 5324349 | + | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5324350 | + | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE, PO BOX 85619, RICHMOND, VA 23285-5619 |

| | | | | |
|---|---|---|---|---|
| 5324356 | | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE BANK, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5324354 | | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE BANK, P.O. BOX 71107, CHARLOTTE, NC 28272-1107 |
| 5324353 | | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5324355 | + | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE BANK, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5324357 | + | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | CAPITAL ONE BANK (USA), N.A.*, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 5324361 | + | EDI: CITICORP | Apr 19 2024 22:33:00 | CITIBANK, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 5324362 | | EDI: CITICORP | Apr 19 2024 22:33:00 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 5324363 | + | EDI: CITICORP | Apr 19 2024 22:33:00 | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5333809 | | EDI: CAPITALONE.COM | Apr 19 2024 22:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5333215 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 18:43:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5340930 | | EDI: CITICORP | Apr 19 2024 22:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5324364 | + | EDI: DISCOVER | Apr 19 2024 22:32:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5326332 | | EDI: DISCOVER | Apr 19 2024 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5324337 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 19 2024 18:36:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5324365 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 19 2024 18:36:00 | FIRST ENERGY, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5324366 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 19 2024 18:36:00 | GS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 5324367 | + | Email/Text: ebn@heritagevalleyfcu.org | Apr 19 2024 18:36:00 | HERITAGE VALLEY FCU, P.O. Box 3617, York, PA 17402-0637 |
| 5324340 | | EDI: IRS.COM | Apr 19 2024 22:33:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5324358 | | EDI: JPMORGANCHASE | Apr 19 2024 22:32:00 | CHASE CARD SERVICES, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5324359 | | EDI: JPMORGANCHASE | Apr 19 2024 22:32:00 | CHASE CARDMEMBER SERVICE, P O BOX 15291, WILMINGTON, DE 19886-5291 |
| 5328818 | + | Email/Text: RASEBN@raslg.com | Apr 19 2024 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5324368 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 19 2024 18:36:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT |

| | | | | |
|---|---|---|---|---|
| | | | | ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5341570 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 18:43:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5329535 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 19 2024 18:36:00 | Met-Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5324370 | | EDI: NAVIENTFKASMSERV.COM | Apr 19 2024 22:33:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 5326216 | | EDI: NAVIENTFKASMSERV.COM | Apr 19 2024 22:33:00 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5324371 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2024 18:36:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5324339 | + | EDI: PENNDEPTREV | Apr 19 2024 22:33:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5324339 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 18:36:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5477800 | | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5477801 | | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5341089 | | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5341140 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2024 18:36:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5324372 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 18:36:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5329202 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 18:36:00 | Quicken Loans, LLC fka Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5327121 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 19 2024 18:36:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5324373 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 19 2024 18:36:00 | SANTANDER CONSUMER USA, P.O. BOX 961211, FORT WORTH, TX 76161-0211 |
| 5324374 | + | Email/Text: cathy@scratchpay.com | Apr 19 2024 18:36:00 | SCRATCH FNCL, 815 COLORADO BLVD, LOS ANGELES, CA 90041-1703 |
| 5324338 | + | Email/Text: karen.brown@treasury.gov | Apr 19 2024 18:36:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5324375 | | EDI: AISSPRINT | Apr 19 2024 22:33:00 | SPRINT*, ATTN: BANKRUPTCY DEPT., PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 5324376 | + | EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/CARE CREDIT, P.O. BOX 96504, ORLANDO, FL 32896-0001 |
| 5324377 | + | EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/GOOGLE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5324378 | + | EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/MARVEL DC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5324380 | + | EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/PPC, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5324379 | + | EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/PPC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5324383 | | EDI: SYNC | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK, P.O. BOX 965033, ORLANDO, FL 32896-5033 |
| 5324381 | + | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK, 950 FORRER BLVD., KETTERING, OH 45420-1469 |
| 5324382 | | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY DEPT., PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5324384 | + | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK/AMAZON, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5324385 | + | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK/CARE CREDIT, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5324386 | + | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK/CARE CREDIT, P.O. BOX 965064, ORLANDO, FL 32896-5064 |
| 5324387 | + | EDI: SYNC | | |
| | | | Apr 19 2024 22:32:00 | SYNCHRONY BANK/LOWES, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5325438 | + | EDI: AIS.COM | | |
| | | | Apr 19 2024 22:39:00 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 5324388 | + | EDI: WTRRNBANK.COM | | |
| | | | Apr 19 2024 22:33:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 5324389 | | EDI: WTRRNBANK.COM | | |
| | | | Apr 19 2024 22:33:00 | TARGET NATIONAL BANK, PO BOX 660170, DALLAS, TX 75266-0170 |
| 5324390 | + | EDI: WTRRNBANK.COM | | |
| | | | Apr 19 2024 22:33:00 | TARGET NATIONAL BANK-VISA, P O BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5333533 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 19 2024 18:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5324391 | ^ | MEBN | | |
| | | | Apr 19 2024 18:33:01 | TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5324393 | ^ | MEBN | | |
| | | | Apr 19 2024 18:32:51 | UTILITY SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5324394 | | EDI: WFFC | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK, P. O. BOX 5169, SIOUX FALLS, SD 57117-5169 |
| 5324395 | + | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK *, P.O. BOX 10438, DES MOINES, IA 50306-0438 |
| 5324396 | + | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK N.A., P.O. BOX 130000, RALEIGH, NC 27605-1000 |
| 5324397 | + | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 5324398 | | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK NA*, PO BOX 94435, ALBUQUERQUE, NM 87199-4435 |
| 5324399 | + | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO BANK NA*, ATTN: BANKRUPTCY DEPARTMENT, 3476 STATEVIEW BLVD; MAC #D3347-014, FORT MILL, SC 29715-7200 |
| 5324401 | + | EDI: WFFC | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO CARD SERVICE, 3201 N. 4TH AVE., SIOUX FALLS, SD 57104-0700 |
| 5324400 | + | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO CARD SERVICE, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5324402 | | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO CARD SERVICES, P.O. BOX 30086, LOS ANGELES, CA 90030-0086 |
| 5324403 | | EDI: WFFC2 | | |
| | | | Apr 19 2024 22:33:00 | WELLS FARGO CARD SERVICES, PO BOX |

| Recip ID | | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | 10347, DES MOINES, IA 50306-0347 |
| 5324404 | | EDI: WFFC2 | | Apr 19 2024 22:33:00 | WELLS FARGO CARD SERVICES, P. O. BOX 77053, MINNEAPOLIS, MN 55480-7753 |
| 5330853 | | EDI: WFFC2 | | Apr 19 2024 22:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5324341 | + | Email/Text: kcm@yatb.com | | Apr 19 2024 18:36:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 84

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5324352 | * | CAPITAL ONE, P. O. BOX 85619, RICHMOND, VA 23285-5619 |
| 5477804 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5477805 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5338871 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 5330936 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Laura E. Scholze hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James P. Scholze hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | |

| | |
|---|---|
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Quicken Loans LLC mfarrington@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James P. Scholze<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3352<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Laura E. Scholze<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3719<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–01416–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James P. Scholze    Laura E. Scholze

4/19/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2